**Fill in this information to identify the case:**

Debtor Name Ike's Air Condition, Inc.

United States Bankruptcy Court for the: Western District of Texas

Case number: 24-50460-MMP

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | | |
|---|---|---|---|
| Month: | April, 2024 | Date report filed: | 05/22/2024 |
| | | | MM / DD / YYYY |
| Line of business: | N/A | NAISC code: | 8114 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: William H. Eisenhauer, III

Original signature of responsible party *(signature)*

Printed name of responsible party: William H. Eisenhauer, III

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Ike's Air Condition, Inc. _____     Case number  24-50460-MMP _____

17. Have you paid any bills you owed before you filed bankruptcy?   ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  24,496.80

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $  107,458.03

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $  108,045.33

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $  -587.30

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  23,909.50

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $  0.00

    *(Exhibit E)*

Debtor Name  Ike's Air Condition, Inc.

Case number  24-50460-MMP

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                   $          548.48

*(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                               14

27.  What is the number of employees as of the date of this monthly report?                                  14

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?                 $          0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $          0.00

30.  How much have you paid this month in other professional fees?                                           $          360.00

31.  How much have you paid in total other professional fees since filing the case?                          $          360.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 221,000.00 | − | $ 107,458.03 | = | $ 113,541.97 |
| 33.  **Cash disbursements** | $ 218,834.92 | − | $ 108,045.33 | = | $ 110,789.59 |
| 34.  **Net cash flow** | $ 2,165.08 | − | $ -587.30 | = | $ 1,577.78 |

35.  Total projected cash receipts for the next month:                   $ 169,000.00

36.  Total projected cash disbursements for the next month:           - $ 165,502.92

37.  Total projected net cash flow for the next month:                  = $ 3,497.08

| | |
|---|---|
| Debtor Name Ike's Air Condition, Inc. | Case number 24-50460-MMP |

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT "B"**

Question #10 – Debtor's bank required a court order to open a formal DIP account.  Debtor has submitted a motion to obtain the order.

**EXHIBIT "E"**

[Unpaid Post-Petition Debts]

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.

| Creditor | Date incurred | Purpose | When Due |
|---|---|---|---|
| N/A | | | |
| | | | |

**EXHIBIT "F"**

[Amounts owed to Debtor, whether pre or post-petition]

| Account | Amount owed | When Due |
|---|---|---|
| End of month A/R | $548.48 | < 90 days |
| Uncollectible accounts | $5,948.00 | > 90 days |

Total accounts receivable:   Per Schedules: $10,135.00 (<90 days); $5,948.00 (>90 days)

# RBFCU★
**rbfcu.org**

**Statement Period**
04/01/2024 through 04/30/2024

P.O. Box 2097, Universal City, TX 78148-2097
**ADDRESS SERVICE REQUESTED**

IKES AIR CONDITION INC
WILLIAM H EISENHAUER
5504 BANDERA RD STE 208
SAN ANTONIO TX 78238-1948

*Direct Inquiries to Member Services:*
*P.O. Box 2097, Universal City, TX 78148-2097*
*1-800-580-3300 / rbfcu.org*
*Routing #: 314089681*

**Declutter your mailbox and go paperless!**
Text keyword "paperless" to 968772 to enroll.
For terms, visit rbfcu.org/gogreen-tnc

RBFCU Online Banking access is required to view your paperless statement.

## PREFERRED BUSINESS CHECKING SUMMARY | ▮▮▮▮▮857
Checking Rate - 0.05 | *APYE - 0.05

| Previous Statement Balance | Total Credits | Total Debits | Current Statement Balance |
|---|---|---|---|
| $23,979.91 | $107,458.03 | $107,810.84 | $23,627.10 |

### Checking Account Deposits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04/02 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $7,903.85 | 04/16 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $8,067.06 |
| 04/02 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $129.00 | 04/17 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $3,841.25 |
| 04/02 | Deposit | $10,951.92 | 04/19 | ACH Dep PAYCHEX TPS 38430 - TAXES 7103000104061X | $4,199.36 |
| 04/03 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $1,013.32 | 04/23 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $13,935.28 |
| 04/04 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $89.00 | 04/24 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $2,959.00 |
| 04/04 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $89.00 | 04/24 | ACH Dep PAYZER 866-488-6525 - CREDIT  IKES AIR CONDIT | $35.00 |
| 04/05 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $185.00 | 04/24 | Deposit | $14,372.49 |
| 04/08 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $1,504.00 | 04/25 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $96.12 |
| 04/10 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $3,267.00 | 04/25 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $1,349.00 |
| 04/10 | Deposit | $4,577.20 | 04/26 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $14,665.00 |
| 04/11 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $3,427.50 | 04/29 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $160.00 |
| 04/11 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $89.00 | 04/30 | ACH Dep BANKCARD  - MTOT DEP 498894577206253 | $4,374.50 |
| 04/12 | Deposit | $5,813.28 | 04/30 | Dividend | $0.90 |
| 04/15 | ACH Dep MERCHANT BANKCD PPI BANKCARD DEP - DEPOSIT 496013437884 | $364.00 | | | |

### Freedom Check Card & Other Transactions

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04/01 | ACH W/D BARCLAYCARD US  - CREDITCARD | -$3,000.00 | 04/08 | ACH W/D PAYCHEX CGS  - GARNISH  COL0114856986 | -$773.08 |
| 04/02 | ACH W/D BANKCARD  - MTOT DISC 498894577206253 | -$35.71 | 04/09 | Domestic Outgoing Wire Outgoing Wire/561311 | -$6,231.33 |
| 04/02 | ACH W/D BARCLAYCARD US  - CREDITCARD | -$3,000.00 | 04/09 | Domestic Outgoing Wire Fee Outgoing Wire Fee 561311 | -$15.00 |
| 04/03 | ACH W/D MERCHANT BANKCD PPI BANKCARD DEP - DISCOUNT 496013437884 | -$351.33 | 04/10 | ACH W/D HARLAND CLARKE  - CHK ORDERS | -$54.50 |
| 04/03 | ACH W/D MERCHANT BANKCD PPI BANKCARD DEP - FEE 496013437884 | -$13.20 | 04/10 | ACH W/D BARCLAYCARD US  - CREDITCARD | -$3,000.00 |
| 04/03 | ACH W/D MERCHANT BANKCD PPI BANKCARD DEP - INTERCHNG 496013437884 | -$679.37 | 04/10 | ACH W/D PAYZER 866-488-6525 - PURCHASE  IKES AIR CONDIT | -$934.59 |
| 04/04 | ACH W/D BARCLAYCARD US  - CREDITCARD | -$3,000.00 | 04/16 | ACH W/D KAYDAM BOOKKEEPI  - SALE | -$887.30 |
| | | | 04/16 | ACH W/D COMBINED GROUP  - PAYMENT  1095-69948 | -$1,046.81 |
| | | | 04/16 | ACH W/D BARCLAYCARD US  - CREDITCARD | -$3,000.00 |

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04/16 | ACH W/D BARCLAYCARD US - CREDITCARD | -$2,000.00 | 04/25 | ACH W/D Nissan - Auto Loan | -$411.32 |
| 04/17 | ACH W/D STELLANTIS FINAN BILLPAY - BILLPAY | -$1,100.00 | 04/25 | ACH W/D MORSCO MORSCO - BT0424 268980810 | -$1,363.59 |
| 04/17 | ACH W/D COLONIAL LIFE INS. PREMIUM DEBITS - INS. PREM. E5330667 | -$831.48 | 04/25 | ACH W/D Generations FCU - WEBPMT | -$1,000.00 |
| 04/17 | ACH W/D BK OF AMER MC - ONLINE PMT CKF697046745POS | -$500.00 | 04/25 | ACH W/D GMCARD GSBANK - PAYMENT 7824431 | -$2,000.00 |
| 04/19 | ACH W/D CITY PUBLIC SRV - CPS WEBPMT 3003582997 | -$158.02 | 04/26 | ACH W/D ACHMA VISB 800-922-0204 - BILL PYMNT | -$956.12 |
| | | | 04/26 | ACH W/D BARCLAYCARD US - CREDITCARD | -$5,000.00 |
| 04/24 | ACH W/D IRS - USATAXPYMT 220451522716849 | -$5,365.77 | 04/26 | ACH W/D COLONIAL LIFE INS. PREMIUM DEBITS - INS. PREM. E5330667 | -$1,039.35 |
| 04/24 | ACH W/D BARCLAYCARD US - CREDITCARD | -$5,000.00 | 04/26 | ACH W/D WEBFILE TAX PYMT CPA TAX PAYMENTS - DD 902/75598516 | -$52.00 |
| 04/24 | ACH W/D BARCLAYCARD US - CREDITCARD | -$3,000.00 | | | |
| 04/25 | ACH W/D Generations FCU - Ext Trnsfr | -$500.00 | 04/30 | ACH W/D HEALTH CARE SERV - OBPPAYMT 7803621729 | -$1,421.47 |
| 04/25 | ACH W/D Nissan - Auto Loan | -$244.47 | 04/30 | ACH W/D BARCLAYCARD US - CREDITCARD | -$4,000.00 |

## Checks Cleared

| Check | Amount | Date | Check | Amount | Date | Check | Amount | Date |
|-------|--------|------|-------|--------|------|-------|--------|------|
| 1008 | -$234.00 | 04/01 | 1040 | -$236.28 | 04/08 | 60021 | -$751.38 | 04/22 |
| 1009 | -$460.72 | 04/04 | 1041 | -$1,755.00 | 04/19 | 60022 | -$206.86 | 04/19 |
| 1010 | -$967.50 | 04/01 | 1042 | -$676.26 | 04/19 | 60023 | -$612.25 | 04/22 |
| 1013 | -$592.50 | 04/01 | 1043 | -$750.00 | 04/19 | 60024 | -$1,090.50 | 04/22 |
| 1016 | -$517.25 | 04/01 | 1045 | -$950.00 | 04/26 | 60025 | -$446.11 | 04/19 |
| 1018 | -$578.88 | 04/01 | 1081 | -$579.00 | 04/15 | 60026 | -$246.07 | 04/29 |
| 1019 | -$1,057.70 | 04/01 | 1082 | -$1,059.57 | 04/12 | 60027 | -$802.46 | 04/19 |
| 1020 | -$1,050.00 | 04/01 | 1083 | -$1,300.00 | 04/17 | 60028 | -$97.43 | 04/23 |
| 1021 | -$1,729.70 | 04/01 | 60002 | -$781.00 | 04/15 | 60029 | -$130.15 | 04/23 |
| 1022 | -$1,028.59 | 04/01 | 60003 | -$582.13 | 04/16 | 60030 | -$127.62 | 04/23 |
| 1025 | -$600.00 | 04/01 | 60004 | -$999.53 | 04/15 | 60031 | -$128.77 | 04/23 |
| 1026 | -$127.62 | 04/02 | 60005 | -$659.68 | 04/15 | 60034 | -$781.17 | 04/29 |
| 1027 | -$128.77 | 04/02 | 60006 | -$377.48 | 04/15 | 60035 | -$744.24 | 04/29 |
| 1028 | -$130.15 | 04/02 | 60007 | -$400.52 | 04/16 | 60036 | -$1,668.84 | 04/29 |
| 1029 | -$260.00 | 04/02 | 60008 | -$911.83 | 04/15 | 60037 | -$156.21 | 04/30 |
| 1030 | -$3,546.36 | 04/09 | 60009 | -$314.48 | 04/12 | 60038 | -$783.80 | 04/29 |
| 1031 | -$424.07 | 04/05 | 60010 | -$311.11 | 04/15 | 60039 | -$396.97 | 04/26 |
| 1032 | -$410.58 | 04/09 | 60011 | -$322.52 | 04/15 | 60040 | -$495.74 | 04/29 |
| 1033 | -$573.50 | 04/08 | 60012 | -$97.43 | 04/23 | 60041 | -$956.82 | 04/29 |
| 1034 | -$854.91 | 04/09 | 60013 | -$130.15 | 04/17 | 60042 | -$469.25 | 04/26 |
| 1035 | -$438.15 | 04/05 | 60014 | -$127.62 | 04/17 | 60043 | -$54.30 | 04/29 |
| 1036 | -$388.82 | 04/05 | 60015 | -$128.77 | 04/17 | 60044 | -$671.64 | 04/26 |
| 1037 | -$286.35 | 04/08 | 60019 | -$781.19 | 04/22 | 60045 | -$100.13 | 04/30 |
| 1038 | -$1,122.81 | 04/08 | 60019 | -$742.63 | 04/30 | | | |
| 1039 | -$361.23 | 04/05 | 60020 | -$1,081.98 | 04/22 | | | |

Note: Checks may clear out of sequence.

## Other Information

| Description | This Period - Checking | YTD - Checking |
|-------------|------------------------|----------------|
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.90 | $2.41 |

*APYE: Annual Percentage Yield Earned. APYE is calculated based upon account activity and average monthly balance.
** Rate as of statement closing date.

*Please examine your statement upon receipt and report any differences, irregularities, or discrepancies as specified in the RBFCU Membership Agreement.*




 **JEFFERSON BANK**

**CUSTOMER SERVICE:** (210) 736-7600
**JEFF LINE:** (833) 533-3546



P.O. Box 5190
San Antonio, Texas 78201-0190

Date  04/30/2024    Page      1
Account Number
Enclosures                 ▇▇▇041

126037-01A**002243
Ikes Air Condition Inc
5504 Bandera Rd
Ste 208
San Antonio TX 78238-1948

********************* Checking Account *********************

Account Title:  Ikes Air Condition Inc

Business Checking
Account Number          ▇▇▇041    Number of Enclosures                    0
Previous Balance        $516.89   Statement Dates      4/01/24 thru 4/30/24
  0 Deposits/Credits        $0.00 Number of Days this Statement          30
  3 Checks/Debits       $234.49   Average Daily Balance            $330.67
Service Charge            $0.00   Average Collected                $330.67
Interest Paid            $0.00
Current Balance        $282.40

|                              | Total For This Period | Total Year-to-Date |
|------------------------------|-----------------------|--------------------|
| Total Overdraft Fees         | $0.00                 | $33.00             |
| Total Returned Item Fees     | $0.00                 | $330.00            |

---------------------------- Other Items - Charges ----------------------------
Date       Description               Number                         Amount
4/03       DEPOSIT MERCHANT BANKCD--CCD                             $187.70
4/23       DEPOSIT MERCHANT BANKCD--CCD                              $25.00
4/25       Account Analysis Charge                                   $21.79

------------------------------- Daily Balance ----------------------------------
Date        Balance      Date        Balance
4/01        $516.89      4/23        $304.19
4/03        $329.19      4/25        $282.40

***  End of Statement  ***

Member FDIC                ACCOUNT STATEMENT                JSB 3001 (R 3/21)

**PRIVACY NOTICE:** Federal law requires us to tell you how we collect, share, and protect your personal information.  Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at https://www.jeffersonbank.com/privacy-policy or we will mail you a free copy upon request if you call us at (210) 736-7600.

### IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS
### ON YOUR PERSONAL BANK ACCOUNT:
### WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR
### CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT
### AS SOON AS YOU CAN.

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 30 days after we send you the FIRST statement on which the error or problem appeared.

Tell us your name and account number.

Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 days (20 business days if the transfer was foreign initiated) to do this, we will recredit your account for the amount you think is in error, so that you will have use of your money during the time it takes to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS SPECIFIC TO ACH TRANSACTIONS:  We must hear from you no later than 60 days from the date the ACH transaction occurred.

---

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

| | CHECKS OUTSTANDING | |
|---|---|---|
| | NO. | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

**YOUR BALANCE**
SHOWN ON THIS STATEMENT $ _____

**ADD** + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT $ _____

**TOTAL**

**SUBTRACT** - (IF ANY)
CHECKS OUTSTANDING $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL BANKING STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible.  We must hear from you no later than 30 days after we sent you the first statement on which the error or problem appeared.  You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

Your name and account number,

The dollar amount of the suspected error,

Describe the error and explain, if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

---

### PLEASE EXAMINE THIS STATEMENT AT ONCE.



# Distance yourself from fraud.

Jefferson Bank will **never** contact you for confidential information. Protect your personal data by following these simple tips.

**Never give out personal information:**

- Over the phone
- By email
- Via text message



This is personal to us.®

**Please call our fraud department at (210) 736-7474**
if you believe you have been a victim of fraud.



JEFFERSON BANK

LEARN MORE TIPS TO PREVENT FRAUD AT **JEFFERSONBANK.COM/FRAUD-PREVENTION**

MEMBER FDIC    EQUAL HOUSING LENDER
NMLS ID 597833

00013733

4005-29281T

# Protecting your personal information

is critical to safeguarding your accounts. Personal information such as your account and social security numbers, your date of birth, passwords, Personal Identification Number (PIN), or security codes for your credit or debit cards, uniquely identify you and must be protected. It's also extremely important to secure your account credentials and tokens to prevent fraud.

Below are two ways to protect your personal information while managing your email.

**Send encrypted emails when** sending us personal information. Email encryption ensures that the content of your email is only read by the intended audience. If you are already utilizing an encrypted system, feel free to continue using it. If you are unsure or don't have one, call your Banker and they will send you a link to access our encryption provider.

---

**Be vigilant when checking your email inbox** for potential threats like malicious links and attachments. Phishing scams often impersonate legitimate institutions like banks, utility companies, or other corporate entities, and ask you to respond with personal information. Before opening, check the sender's email address. Often times these spoofed emails include spelling errors or a different email address than the person you typically communicate with.

**Please call our fraud department at (210) 736-7474** if you believe you have been a victim of fraud.



LEARN MORE TIPS TO PREVENT FRAUD AT **JEFFERSONBANK.COM/FRAUD-PREVENTION**

